UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CV-22308-RAR

CLEOFAS GONZALES JUAN,

    Petitioner,

v.

GARRETT RIPA, *in his official capacity as
Field Office Director of the Immigration and
Customs Enforcement, Enforcement and
Removal Operations Miami Field Office, et al.*,

    Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon Petitioner's Notice of Material Change in Petitioner's Immigration Proceedings and Request for Voluntary Dismissal, [ECF No. 7], filed on April 13, 2026.  The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that Petitioner Cleofas Gonzales Juan's Petition for Writ of Habeas Corpus is **DISMISSED** *without prejudice*.  All pending deadlines are hereby **TERMINATED**.  The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of April, 2026.

_____

**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**